■ PIONEER TRANSP. CORP., Appellant, v BOARD OF EDUCATION OF THE CITY OF NEW YORK et al., Respondents.—Judgment of the Supreme Court, Kings County, dated May 4, 1978, affirmed, with costs, on the opinion of Mr. Justice Lawrence at Trial Term. Martuscello, J. P., Damiani, Margett and O'Connor, JJ., concur.